DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANNIE MANTZ,**
Appellant,

v.

**LAUREL PARK HOLDINGS, LLC,**
Appellee.

No. 4D21-3405

[July 14, 2022]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Debra Moses Stephens, Judge; L.T. Case No. 502021CC008564XXXNB.

Annie Mantz, North Palm Beach, pro se.

Cristopher S. Rapp of Rosenbaum PLLC, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***